IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07cr73

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| SONYA CHARISSE DOUGLAS ) | |

**THIS MATTER** is before the Court upon the motion of the defendant to remain on bond pending resolution of her appeal. (Doc. No. 29).

The defendant argues that she has satisfied the conditions of 18 U.S.C. § 3143(b) because she does not present a risk of flight or danger to the community and that she will serve her entire five-month sentence before her appeal is decided. (Doc. No. 29: Motion at 2). Assuming that is true, the defendant has failed to show that her appeal is not for the purpose of delay and that it raises a substantial question of law as required by § 3143(b)(1)(B). See United States v. Steinhorn, 927 F.2d 195, 196 (4th Cir. 1991) (a substantial question of law as one that is "close" or "very well could be decided the other way") . Accordingly, the defendant has failed to meet the requirements for release pending resolution of her appeal.

**IT IS, THEREFORE, ORDERED** that the defendant's motion to remain on bond (Doc. No. 29) is **DENIED**.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: August 6, 2008

Robert J. Conrad, Jr.
Chief United States District Judge